UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CVAR VON HABSBURGGROUP, LLC,

                Plaintiff,

-against-

DECURION CORPORATION and ELK
MOUNTAIN RESORT, LLC,

                Defendants.
-----------------------------------------------------------X

18 CIVIL 11218 (AKH)

JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 11, 2019, Plaintiff's motion for summary judgment is granted; the oral argument currently scheduled for January 9, 2020 is cancelled; judgment is entered for plaintiff against Defendants Decurion Corporation and Elk Mountain Resort, LLC in the amount of $183,786.00 with interest and costs in the following amounts;

1. $40,634 with 9% interest from July 25, 2012 through the entry of judgment in the amount of $27,052.22 for a total amount of $67,686.72 against Decurion;

2. $84,872 with 9% interest from October 15, 2015 through the entry of judgment in the amount of $31,872.34 for a total amount of $116,744.34 against Decurion; and

3. $58,280 with 9% interest from February 4, 2013 through the entry of judgment in the amount of $36,012.25 for a total amount of $94,282.25 against Elk Mountain; for a total sum for 1, 2 & 3 in the amount of $278,723.31, plus costs.

Dated: New York, New York
         December 16, 2019

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk